**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Efrain PENA–GARCIA, Defendant—
Appellant.**

**No. 05–10552.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2006.*

Decided May 22, 2006.

Robert A. Bork, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff—Appellee.

Arthur L. Allen, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant—Appellant.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Efrain Pena–Garcia appeals from his sentence imposed following his guilty plea conviction for unlawful reentry of a deported alien, in violation of 8 U.S.C. § 1326. Garcia contends that district court err by sentencing him to a term of 52 months when he only pled to the elements of 8 U.S.C. § 1326(a), which carries a maximum sentence of two years and that *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) is no longer good law. This issue is foreclosed. *See United States v. Weiland,* 420 F.3d 1062, 1080 n. 16 (9th Cir.2005) (holding that we are bound to follow *Almendarez–Torres* even though it has been called into question, unless it is explicitly overruled by the Supreme Court).

AFFIRMED.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

